United States District Court
Southern District of Texas
ENTERED
JUL 1 3 2010
David J. Bradley, Clerk of Court

United States District Court
Southern District of Texas
FILED
JUL 1 2 2010
David J. Bradley, Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
- BROWNSVILLE DIVISION -

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| VS. | § | CRIMINAL NO. B-10-388 |
| AARON MOYA-ALEJANDRE | § § | |

## ORDER

BE IT REMEMBERED on this **12** day of **July**, 20**10**, the Court reviewed the file in the above-captioned matter and specifically the Report and Recommendation of the United States Magistrate Judge filed April 13, 2010, wherein the defendant Aaron Moya-Alejandre waived appearance before this Court and appeared before the United States Magistrate Judge Ronald G. Morgan for the taking of a felony guilty plea and Federal Rule of Criminal Procedure Rule 11 Allocution. The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Aaron Moya-Alejandre to the Report and Recommendation, the Court enters the following order:

IT IS ORDERED that the Report and Recommendation of the United States Magistrate Judge is hereby adopted. The Court finds the defendant Aaron Moya-Alejandre guilty of the offense of alien unlawfully being present in the United States after having been deported, in violation of 8 U.S.C. 1326(a).

SIGNED this the **12** day of **July**, 20**10**.

Hilda G. Tagle
United States District Judge